Leonard Schoen
150 Draper Lane, Suite 1BN
Dobbs Ferry, NY 10522
(914) 414-7615
For Applicant Nurit Miller

COPY

| | |
|---|---|
| **In re Application of NURIT MILLER For an Order Requiring STAR NIGHT USA INC. to Produce Information and Documents For Use in an Action Pending in the Courts of the State of Israel** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**<br><br>NO. 07-68 |

MEMORANDUM OF LAW OF APPLICANT NURIT MILLER IN SUPPORT OF APPLICATION FOR A DISCOVERY ORDER PURSUANT TO 28 U.S.C. §1782



FILED
MAR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# TABLE OF CONTENTS

PRELIMINARY STATEMENT ..................................................................................... 1

STATUTE INVOLVED ................................................................................................... 1

STATEMENT OF FACTS ............................................................................................... 2

LEGAL ARGUMENT ...................................................................................................... 3

    Applicant Has Met the Requirements of 28 U.S.C. §1782 for District
    Court Assistance ......................................................................................................... 3

        Discovery is Sought From Parties Residing or Found in this District ............ 3

        Applicant is an Interested Party in a Proceeding in a Foreign Tribunal ........ 4

        The Information Sought Will Be Used in a Proceeding in the Foreign
        Tribunal . ........................................................................................................... 4

CONCLUSION .................................................................................................................. 5

## TABLE OF AUTHORITIES

### FEDERAL CASES

Intel Corporation v. Advanced Micro Devices, Inc., 159 L. Ed. 2d 355, 124 S. Ct. 2466 (2004).................................................................................................3

In re Ministry of Legal Affairs of Trinidad and Tobago 848 F.2d 1151 (CA 11 1988).................................................................................................................4

United Kingdom v. United States, 238 F.3d 1312 (CA 11 2001)............................5

In re Application of Gianoli Aldunate, 3 F.3d 54, 59 (CA 2 1993)..........................3

In re Application of David Esses, 101 F.3d 873 (CA 2 1996)..................................4

## **PRELIMINARY STATEMENT**

Applicant Nurit Miller is a litigant in a civil proceeding in the courts of the State of Israel. Applicant seeks discovery from Star Night USA Inc. pursuant to 28 U.S.C. §1782 for use in the proceeding in the Israeli court. Star Night USA resides in or can be found in the district of the United States District Court for the District of Delaware.

## **STATUTE INVOLVED**

Section 1782(a) of Title 28 of the United States Code provides:

**Assistance to foreign and international tribunals and to litigants before such tribunals**

(a) The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court. By virtue of his appointment, the person appointed has power to administer any necessary oath and take the testimony or statement. The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

A person may not be compelled to give his testimony or statement or to produce a document or other thing in violation of any legally applicable privilege.

## STATEMENT OF FACTS

Applicant Nurit Miller is a litigant in the case <u>Nurit Miller v. Chanoch Miller</u> currently pending in the Family Court - Tel Aviv District in the State of Israel. (Exhibit 1 - Affidavit of Nurit Miller at ¶1). The case is an action for divorce and division of the marital estate. The Israeli court will hold an evidentiary hearing concerning the marital assets in preparation for a final decision on the division of the marital estate. (<u>Id</u>).

The opposing party in the referenced case, Chanoch Miller, was a founder and owner of Chanoch Miller Ltd., S.T.C.N. Ltd., and Radom Aviation Systems Ltd. (<u>Id</u> at ¶2). Mr. Miller wholly owned or held substantial interests in each of these companies. (<u>Id</u>). The value of Chanoch Miller Ltd., S.T.C.N. Ltd., and Radom Aviation Systems, and of Mr. Miller's ownership interest in these companies, are in dispute between Applicant Nurit Miller and Mr. Miller. (<u>Id</u>).

The court in Israel has ordered the production of documents relating to the value of the marital assets, including the value of Mr. Miller's holdings in Chanoch Miller Ltd., S.T.C.N. Ltd., and Radom Aviation Systems. (<u>Id</u> at ¶3).

Star Night USA can be found at Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808, within the judicial district of this Court. (Exhibit 2). Applicant seeks information from Star Night USA for use in the proceeding in the foreign tribunal.

2

## LEGAL ARGUMENT

28 U.S.C. §1782 authorizes a district court to order a person to respond to discovery requests when three statutory requirements are met: (1) that the person resides or is found in the district of the district court; (2) that the order is requested by an interested party; and (3) that the statement, document, or other thing will be used in a proceeding in a foreign or international tribunal. See Intel Corporation v. Advanced Micro Devices, Inc., 159 L. Ed. 2d 355, 124 S. Ct. 2466 (2004); In re Application of Gianoli Aldunate, 3 F.3d 54, 59 (CA 2 1993). All three of these requirements are met in connection with the subject Application.

### A.    Star Night USA Resides or Is Found in the District of the Court

The first requirement under 28 U.S.C. §1782 is that the party from whom discovery is sought reside or be found in the district of the district court to which the application is made. Applicant seeks discovery in her Application from a party that resides or is found in the district of this Court.

The Secretary of State of the State of Delaware lists Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 as the address of Star Night USA. (See Exhibit 2).

Star Night USA resides or can be found in the district of this Court consistent with the statutory requirement of 28 U.S.C. §1782.

3

**B.    Applicant is an Interested Party in a Proceeding in a Foreign Tribunal**

The second requirement under 28 U.S.C. §1782 is that the Applicant be an "interested party" in a proceeding in a foreign tribunal. As a litigant in a current proceeding in Israel, Applicant Nurit Miller is an interested party.

It is well settled that a litigant in a foreign litigation is an "interested party" within the meaning of the statute. See In re Application of David Esses, 101 F.3d 873 (2nd Cir. 1996); In re Request for Assistance from Ministry of Legal Affairs of Trinidad and Tobago, 848 F.2d 1151 (11th Cir. 1988). The United States Supreme Court has stated: "No doubt litigants are included among, and may be the most common example of, the "interested person[s]" who may invoke §1782..." Intel Corporation v. Advanced Micro Devices, Inc., 159 L. Ed. 2d 355, 124 S. Ct. 2466 (2004).

Applicant Nurit Miller is a litigant in the case Nurit Miller v. Chanoch Miller currently pending in the Family Court - Tel Aviv District in the State of Israel. (Exhibit 1 at ¶1). As such, she is an "interested party" within the meaning of 28 U.S.C. §1782.

**C.    The Information Sought Will Be Used in a Proceeding in a Foreign Tribunal**

The final requirement under 28 U.S.C. §1782 is that the statement, document, or other thing produced will be used in a proceeding in a foreign or international tribunal. Applicant Nurit Miller is seeking information for use in

4

proceedings that are currently pending in the courts of the State of Israel. (Exhibit 1 at ¶1).

The Israeli court clearly qualifies as a foreign tribunal within the meaning of the statute. See Intel Corporation v. Advanced Micro Devices, Inc., 159 L. Ed. 2d 355, 124 S. Ct. 2466 (2004) [citing Smit, International Litigation Under the United States Code, 65 Colum. L. Rev. 1015, 1026 ("the term 'tribunal'…includes …conventional civil, commercial, criminal, and administrative courts.")]. The Israeli court has ordered production of information relating to the marital estate and the instant application is entirely consistent with the court's order. (Id at 4). The connection between the information being sought and the proceeding in the foreign court is clear and particular. The parties from whom discovery is sought have no vital interest in withholding the requested information. Compare United Kingdom v. United States, 238 F.3d 1312 (CA 11 2001) [Finding a vital interest of U.S. authorities in not disclosing sensitive law enforcement documents]. The information sought relates directly to the marital assets and will be used in an evidentiary hearing about these assets that the Israeli Court will hold in preparation for its final decision about the division of the marital estate.

The instant Application relates to information that will be used solely in a proceeding in a foreign tribunal and meets the third requirement of 28 U.S.C. §1782.

5

## CONCLUSION

For the foregoing reasons, Applicant Nurit Miller respectfully requests that the court issue an Order requiring Star Night USA to answer the interrogatories and produce the documents requested in Applicant's Discovery Requests.

Respectfully submitted,

_____
Leonard Schoen, Esq.
Attorney for Applicant Nurit Miller

Dated: March 28, 2007

6

Leonard Sclosa, Attorney for Applicant Nurit Miller
130 Draper Lane, Suite 1BM, Dobbs Ferry, NY 10522
(914) 414-7515

In re Application of NURIT MILLER for
an Order Requiring
STAR NIGHT USA, INC.
to Answer Interrogatories and Produce
Documents For Use in an Action Pending
in the Courts of the State of Israel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NO. _____

### AFFIDAVIT OF NURIT MILLER

I, Nurit Miller, being duly sworn, depose and say:

1. I am an individual, a resident of the State of Israel; and a party in the case Nurit Miller v. Chanoch Miller currently pending before the Family Court - Tel Aviv District in Israel. The case is an action for divorce and division of the marital estate. The Israeli court will hold an evidentiary hearing about the marital assets in preparation for a final decision on the division of the marital estate. I am seeking information for use in the hearing and those proceedings.

2. The opposing party in the referenced case, Chanoch Miller, was a founder and owner of a group of companies that included Chanoch Miller Ltd., S.T.C.N. Ltd., and Radom Aviation Systems Ltd. Mr. Miller wholly owned or held substantial interests in each of these companies. The value of Chanoch Miller Ltd., S.T.C.N. Ltd., and Radom Aviation Systems Ltd. and of Mr. Miller's ownership interest in each of these companies is in dispute between me and Mr. Miller before the Israeli court.

3. The court in Israel has ordered the production of documents relating to the value of the marital assets, including the value of Mr. Miller's holdings in Chanoch Miller Ltd., S.T.C.N. Ltd., and Radom Aviation Systems Ltd.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated 22-2-2007

_____
Nurit Miller

SUBSCRIBED AND SWORN to before me this 22 day of 02, 2007.

_____

נתן וויים, עוד ונוטריון
רח' ארלוזורוב 111, ת"א
טל. 6968662 .09 6968672

# State of Delaware
The Official Website for the First State



**Department of State: Division of Corporations**

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3632716 | Incorporation Date / Formation Date: | 03/05/2003 (mm/dd/yyyy) |
| Entity Name: | STAR NIGHT USA, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

https://sos-res.state.de.us/tin/controller

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Application of NURIT MILLER for an Order Requiring STAR NIGHT USA INC. to Produce Information and Documents For Use in an Action Pending in the Courts of the State of Israel | § § § § § § § No. 07-68 |

## ORDER

WHEREAS, the Court finds that Applicant is an interested party in a civil proceeding in a foreign tribunal; and

WHEREAS, the Court finds that Applicant Nurit Miller seeks discovery pursuant to 28 U.S.C. §1782 from Star Night USA for use in a proceeding in a foreign tribunal; and

WHEREAS, the Court finds that Star Night USA resides in or can be found in the district of the United States District Court for the District of Delaware;

IT IS HEREBY ORDERED that Star Night USA respond to Applicant's Interrogatories and Requests for Production of Documents, within _____ ( ) days from the date of this Order. A copy of this Order shall be sufficient for the purpose of service.

This \_\_\_\_\_ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE