IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Application of NURIT MILLER for an Order Requiring STAR NIGHT USA INC. to Produce Information and Documents For Use in an Action Pending in the Courts of the State of Israel | § § § § § § No. 07mc-68 |

### ORDER

WHEREAS, the Court finds that Applicant is an interested party in a civil proceeding in a foreign tribunal; and

WHEREAS, the Court finds that Applicant Nurit Miller seeks discovery pursuant to 28 U.S.C. §1782 from Star Night USA for use in a proceeding in a foreign tribunal; and

WHEREAS, the Court finds that Star Night USA resides in or can be found in the district of the United States District Court for the District of Delaware;

IT IS HEREBY ORDERED that Star Night USA respond to Applicant's Interrogatories and Requests for Production of Documents, within TWENTY ( 20 ) days from the date of this Order. A copy of this Order shall be sufficient for the purpose of service.

This __1__ day of __May__, 2007

_____
UNITED STATES DISTRICT JUDGE