IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Application of NURIT MILLER for an Order Requiring STAR NIGHT USA INC. to Produce Information and Documents For Use in an Action Pending in the Courts of the State of Israel § § § § § § | No. 1:07-mc-00068-JJF |

## MOTION FOR EXTENSION OF DEADLINE

1. On March 28, 2007, Applicant Nurit Miller filed an application for a discovery order pursuant to 28 U.S.C. §1782. On May 1, 2007, the Court ordered Respondent to respond to Applicant's discovery requests within twenty (20) days from the date of the Order.

2. Respondent has indicated its readiness to respond to Applicant's requests. Respondent has requested additional time, however, for collecting and supplying the requested information. Applicant has no objection to a limited extension of the time for response.

## PRAYER FOR RELIEF

3. Applicant Nurit Miller prays for an order of this Court extending the time for response set in the Court's original Order, to permit response on or before June 18, 2007.

Respectfully submitted,

FOR APPLICANT NURIT MILLER

Dated: May 18, 2007

_____

Leonard Schoen, Esq.
150 Draper Lane, Suite 1BN
Dobbs Ferry, NY 10522
Telephone: (914) 414-7615
Facsimile: (914) 674-0747

New York State Bar Number: 2307999

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Application of NURIT MILLER for an Order Requiring STAR NIGHT USA INC. to Produce Information and Documents For Use in an Action Pending in the Courts of the State of Israel | § § § § § § § No. 1:07-mc-00068-JJF |

## ORDER

WHEREAS, the Court ordered the production of information pursuant to 28 U.S.C. §1782 in an Order dated May 1, 2007; and

WHEREAS, Applicant has requested that the time for Respondent's response be extended.

IT IS HEREBY ORDERED that Star Night USA respond to Applicant's Interrogatories and Requests for Production of Documents, on or before June 18, 2007. A copy of this Order shall be sufficient for the purpose of service.

This _____ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE

**Leonard Schoen, Esq.**

May 18, 2007

United States District Court for the District of Delaware
Attention: Deborah Krett Case Manager for Judge Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

<u>Subject</u>:   In re Application of Nurit Miller
Civil Case 1:07-mc-00068-JJF

On March 28, 2007, Applicant Nurit Miller filed an application for a discovery order pursuant to 28 U.S.C. §1782. On May 1, 2007, the Court ordered Respondent to respond to Applicant's discovery requests within twenty (20) days from the date of the Order.

The parties have had a series of discussions and Respondent has indicated its readiness to respond to Applicant's requests. Respondent has requested additional time, however, for collecting and supplying the requested information. Applicant has no objection to a limited extension of the time for response.

In light of the above, Applicant seeks an extension of the time for response set in the Court's original Order, to permit response on or before June 18, 2007.

A formal Motion for Extension of Deadline is enclosed.

Sincerely,

Leonard Schoen, Esq.
For Applicant Nurit Miller

150 Draper Lane, Suite 1BN, Dobbs Ferry, NY 10522
Telephone: 914-414-7615  Fax: 914-674-0747
Email: schoenco@netvision.net.il